UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 APR 17 AM 11: 56

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES *ex rel.* CHRISTOPHER F. YOUNG, )<br><br>Plaintiff-Relator,<br><br>vs.<br><br>LAFARGE, S.A., LAFARGE CORPORATION, LAFARGE NORTH AMERICA, INC., LAFARGE BUILDING MATERIALS, INC., CEMENTOS ARGOS S.A., ARGOS USA CORP., ARGOS CEMENT LLC, ARGOS READY MIX LLC, ELITE CONCRETE LLC, ELITE CONCRETE HOLDINGS, LLC, ELITE CONCRETE OF SC, LLC, COASTAL CONCRETE, INC., COASTAL CONCRETE COMPANY, INC., COASTAL CONCRETE SOUTHEAST II, LLC, EVANS CONCRETE HOLDINGS, INC., EVANS CONCRETE, L.L.C., GREG MELTON, PAT MOONEY, RICHARD A. STANKWYTCH, TROY D. BAIRD, HURLEY S. COOK, DAVID MELTON, TIM COUGHLIN, TIM MAHONEY, TOMMY STRICKLAND, and TIMOTHY "BO" STRICKLAND,<br><br>Defendants. | CIVIL ACTION FILE NO. **CV413-095**<br><br>JURY TRIAL DEMANDED<br><br>**FILED *IN CAMERA* AND UNDER SEAL** |

**ORDER**

This case, arising under 31 U.S.C. § 3729 *et seq* and filed April 17, 2013, shall be filed *in camera* and shall remain under seal for at least sixty (60) days from this date, pursuant to 31 U.S.C. §3730(b)(2). No documents, pleadings or other materials in this case shall be provided to or served on Defendants until the Court so orders or at least sixty (60) days from this date shall have expired, pursuant to 31 U.S.C. §3730(b)(2).

Under no circumstances shall the names of the parties or the existence of the lawsuit be publicly disclosed or otherwise disclosed to any of the named Defendants, in any manner, while this Order remains in effect.

IT IS SO ORDERED, this 27TH day of April, 2013.

magistrate

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA,
SAVANNAH DIVISION