IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* and STATE OF GEORGIA *ex rel.* CHRISTOPHER F. YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> LAFARGE, S.A., et al. <br><br> Defendants. | Civil Action No. CV 413-095 <br><br> **FILED *EX PARTE* AND UNDER SEAL** |

### ORDER

Upon consideration of the United States' *ex parte* motion to administratively close this case and partially lift the seal, and good cause having been established,

IT IS HEREBY ORDERED THAT:

I. The United States' motion has been granted;

II. This case shall be administratively closed until re-opened by the Court;

III. The United States is authorized to disclose the existence of the *qui tam* action, the allegations of the relator's complaint, and the relator's complaint to the defendants; and

IV. The relator's complaint and all other filings in this case, except as otherwise provided herein, shall remain under seal unless otherwise ordered by the Court.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dated: 12-16-14