IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUL 11  PM 4:14

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHRISTOPHER F. YOUNG and STATE OF GEORGIA *ex rel.* CHRISTOPHER F. YOUNG, ) ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. CV 413-095 |
| v. ) ) | **FILED *EX PARTE* AND UNDER SEAL** |
| LAFARGE, S.A., et al. ) ) | |
| Defendants. ) | |

## ORDER

The United States and the State of Georgia ("the Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Georgia Taxpayer Protection False Claims Act, O.C.G.A. § 23-3-121 *et seq.*, the Court rules as follows:

IT IS ORDERED that,

1. The complaint, this Order, and the Government's Notice of Election to Decline Intervention be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and will not be made public or served upon the defendant;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all filings in this action upon the Government, as provided for in 31 U.S.C. § 3730 (c)(3) and O.C.G.A. § 23-3-122(e). The Government may order

any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this court shall be sent to the Government; and

7. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued—except by voluntary dismissal without prejudice by the relator—to which the Government has already consented, the Court will solicit the written consent of the Government before ruling or granting its approval.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dated: 7-11-16