IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Christopher F. Young, <br><br> STATE OF GEORGIA, ex rel. Christopher F. Young, <br><br>    Plaintiffs, <br><br> v. <br><br> LAFARGE, S.A.; LAFARGE CORPORATION; LAFARGE NORTH AMERICA, INC.; LAFARGE BUILDING MATERIALS, INC.; CEMENTOS ARGOS S.A.; ARGOS USA CORP.; ARGOS CEMENT LLC; ARGOS READY MIX LLC; ELITE CONCRETE LLC; ELITE CONCRETE HOLDINGS, LLC; ELITE CONCRETE OF SC, LLC; COASTAL CONCRETE, INC.; COASTAL CONCRETE COMPANY, INC.; COASTAL CONCRETE SOUTHEAST II, LLC; EVANS CONCRETE HOLDINGS, INC.; EVANS CONCRETE L.L.C.; GREG MELTON; PAT MOONEY; RICHARD A. STANKWYTCH; TROY D. BAIRD; HURLEY S. COOK; DAVID MELTON; TIM COUGHLIN; TIM MAHONEY; TOMMY STRICKLAND; TIMOTHY STRICKLAND; JIM PEDRICK; MARK TURNER; and BRASFIELD & GORRIE, LLC; <br><br>    Defendants. | CASE NO. CV413-095 |

**O R D E R**

On July 15, 2016, the Court granted Relator's Motion to Dismiss. (Doc. 36.) In addition, the Court denied Relator's

Motion to Extend Sealed Status for Three Years, but provided Relator with ten days to seek reconsideration. (Id. at 2-3.) The Court directed the Clerk of Court to keep the case sealed for the ten day period and during the pendency of any motion for reconsideration. (Id.) Relator filed a Motion for Reconsideration (Doc. 38), but later withdrew that motion (Doc. 40). However, the Clerk of Court failed to unseal this case after the Motion for Reconsideration was withdrawn. Because there is no pending Motion for Reconsideration, the Clerk of Court is **DIRECTED** to unseal this case.

SO ORDERED this 29th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA